IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

[UNDER SEAL],

    *Plaintiff-Relator,*

    *v.*

[UNDER SEAL],

    *Defendants.*

Civil No. GLR 21-cv-3152

**FILED IN CAMERA AND UNDER SEAL (Pursuant to 31 U.S.C. § 3730)**

USDC- GREENBELT
'24 FEB 21 PM 3:26

# ATTENTION SEAL CLERK

## RELATOR'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ERIC SHAPIRO** <br><br> *Relator,* <br><br> v. <br><br> **SAMER SAIEDY, et al.** <br><br> *Defendants.* | Civil No. GLR 21-cv-3152 <br><br> **RELATOR'S MOTION FOR VOLUNTARY DISMISSAL** <br><br> **FILED UNDER SEAL** |

### RELATOR'S MOTION TO
### VOLUNTARILY DISMISS WITHOUT PREJUDICE,
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)

Relator Eric Shapiro ("Relator"), by and through his undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, moves to voluntarily dismiss his Complaint without prejudice and in support thereof states the following:

1. On December 10, 2021, Relator filed his Complaint under seal, alleging claims under the federal False Claims Act, 31 U.S.C. § 3729, et seq. ("FCA").

2. The case remains sealed pursuant to Court Order.

3. Pursuant to Fed. R. Civ. P. 41(a)(1)(A), a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

4. The Complaint has not been served on Defendants; Defendants have not made an appearance; and Defendants have not served an answer, a responsive pleading, or a motion for summary judgment. Accordingly, dismissal without prejudice pursuant to Rule 41(a) is appropriate.

5. Pursuant to 31 U.S.C. § 3730(b)(1), this FCA action may only be dismissed "if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."

6. The United States has informed Relator and his counsel in writing that it consents to the dismissal.

1

2

WHEREFORE, Relator ERIC SHAPIRO requests this matter be voluntarily dismissed without prejudice according to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: February 21, 2024.                    Respectfully submitted,

/s/ Jeffrey D. Katz
Jeffrey David Katz
JDKATZ, P.C.
3 Bethesda Metro Center, Suite 500
Bethesda, Maryland 20814
jeffrey@jdkatz.com

Co-Counsel for Relator

2

CERTIFICATE OF SERVICE

I hereby certify that on or about February 16, 2024 I served a copy of RELATORS MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) on the following counsel of record in the manner noted below:

Mr. Samuel R. Lehman
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch, Civil Fraud Section
175 N Street NE
Washington, D.C. 20002
Samuel.R.Lehman@usdoj.gov

Mr. Thomas Corcoran
Civil Division, Chief
United States Attorney's Office
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
Thomas.corcoran@usdoj.gov

    /s/ Jeffrey D. Katz /s/

Jeffrey David Katz
JDKATZ, P.C.
4800 Montgomery Lane, Suite 600
Bethesda, Maryland 20814
jeffrey@jdkatz.com

By: Jeffrey D. Katz, Esq.