# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ERIC SHAPIRO, | : | |
| | : | |
| Plaintiff, | : | **FILED UNDER SEAL** |
| v. | : | **CIVIL NO. MJM-21-3152** |
| SAMER SAIEDY, M.D., el al., | : | |
| Defendants. | : | |

...oOo...

## THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On February 16, 2024, Relator Eric Shapiro filed a Notice of Voluntary Dismissal Without Prejudice of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States requests that the Relator's Complaint, the Relator's Notice of Voluntary Dismissal Without Prejudice, this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

UNITED STATES OF AMERICA

Erek L. Barron
United States Attorney

_____
Thomas F. Corcoran
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
410-209-4834

*Digitally signed by THOMAS CORCORAN Date: 2024.03.09 16:03:48 -05'00'*

Jamie Ann Yavelberg
Paul Perkins
Samuel R. Lehman
Attorneys, Civil Division
United States Department of Justice,
175 N Street, N.E., 10th Floor
Washington, DC 20002
(202) 353-2685
E-mail: Samuel.R.Lehman@usdoj.gov

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March 2024, a copy of the United States Notice of Consent to Dismissal and the Proposed Order were emailed to the following counsel:

Jeffrey David Katz
JDKATZ, P.C.
3 Bethesda Metro Center, Suite 500
Bethesda, Maryland 20814
jeffrey@jdkatz.com

Bruce D. Bernstein
DICELLO LEVITT GUTZLER LLC
1101 Pennsylvania Ave N.W., Suite 300
Washington, D.C. 20004
bbemstein@dicellolevitt.com
scohen@dicellolevitt.com

*Counsel for Relator*

Digitally signed by THOMAS CORCORAN
Date: 2024.03.11 15:16:18 -04'00'

Thomas F. Corcoran
Assistant United States Attorney